JASON M. FRIERSON, NVSBN 7709
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OSLAIDA CRUZ DE OSES,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>　　Defendant. | Case No.: 2:22-cv-01201-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD (*FIRST REQUEST*)** |

　　Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), through her undersigned counsel, hereby requests an extension of time to file her answer and Certified Administrative Record (CAR) in this case, for good cause shown. This is the Commissioner's first motion for an extension. The Commissioner's answer and CAR are currently due to be filed by October 11, 2022. The Commissioner requests an extension of 30 days in which to file the answer and CAR, which would move the due date to November 10, 2022. Counsel for Defendant advised counsel for Plaintiff of the need for this extension on October 7, 2022. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

Defendant makes this request in good faith and for good cause, because the CAR, which must be filed with the answer and is necessary to adjudicate the case, is not yet available. On October 6, 2022, counsel for Defendant contacted the Social Security Administration's Office of Appellate Operations (OAO) in Falls Church, Virginia, which is responsible for producing the CAR that must be filed with the answer, per 42 U.S.C. § 405(g) and (h). A representative from OAO indicated that they needed additional time to complete production of the electronic CAR and the paper courtesy copy of the CAR that is necessary to provide to the Court.

The public health emergency pandemic caused by COVID-19 has significantly impacted Defendant's operations, and particularly the operations of OAO. Although OAO has innovated to improve productivity throughout the pandemic, OAO continues to run into staffing and technical issues that delay CAR production for certain cases, including this one.

Accordingly, Defendant requests an extension of 30 days in which to file the answer and CAR, changing the due date for the answer and CAR from October 11, 2022, to November 10, 2022.

Dated: October 7, 2022                    Respectfully submitted,

                                          JASON M. FRIERSON
                                          Acting United States Attorney

                                          */s/ David Priddy*
                                          DAVID PRIDDY
                                          Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

                 10-11-2022
DATED: _____

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Leonard Stone
Shook & Stone, Chtd.
710 S Fourth Street
Lasa Vegas, NV 89101
702-385-2220
Email: lstone@shookandstone.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-273-3702
Fax: 562-868-5491
Email: marc.kalagian@rksslaw.com

Attorneys for Plaintiff

Dated: October 7, 2022

                                                */s/ David Priddy*
                                                DAVID PRIDDY
                                                Special Assistant United States Attorney