JASON M. FRIERSON, NVSBN 7709
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSLAIDA CRUZ DE OSES,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-01201-VCF<br><br>**UNOPPOSED MOTION FOR<br>EXTENSION OF TIME<br>(*FIRST REQUEST*)** |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 23, filed on December 14, 2022), currently due on January 13, 2023, by 31 days, through and including February 13, 2023.  Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. No. 22) be extended accordingly.  Plaintiff's optional reply shall therefore be due on March 6, 2023.

This is Defendant's first request for an extension of time to file a response.  Good cause exists for this extension.  Defendant respectfully requests this additional time because counsel is currently in the process of determining if a settlement agreement is possible.  If the case cannot be settled, then

Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Motion to Reversal and/or Remand. This request is made in good faith and with no intention to unduly delay the proceedings.

On January 12, 2023, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and/or Remand, through and including February 13, 2023.

Dated: January 12, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-13-2023

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Leonard Stone
Shook & Stone, Chtd.
710 S Fourth Street
Las Vegas, NV 89101
702-384-2220
Email: lstone@shookandstone.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-273-3702
Fax: 562-868-5491
Email: marc.kalagian@rksslaw.com

Attorneys for Plaintiff

Dated: January 12, 2023

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

3